FILED-CLERK
U.S. DISTRICT COURT
05 AUG 24 PM 4:53
TEXAS-EASTERN
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| LUIS ARIAS | § | |
| VS. | § | CIVIL ACTION NO. 4:04cv181 |
| TERRY BOX, ET AL. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE's REPORT AND RECOMMENDATION**

Plaintiff Luis Arias, an inmate at the Collin County Detention Facility, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court heretofore referred this matter to the Honorable Don D. Bush, United States Magistrate Judge, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends plaintiff's motions for injunctive relief (docket entry nos. 16 and 19) be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that plaintiff's motions for injunctive relief are

**DENIED**.

**SIGNED** this 24 day of August, 2005.

*Paul Brown*
PAUL BROWN
UNITED STATES DISTRICT JUDGE